UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

IN RE:

    Errol Thompson
    aka Dr. Errol Thompson
    dba Dr. Errol Thompson

                            Debtor.
------------------------------------------------------x

Chapter 13
Case No. 22-41142-jmm

ORDER DISMISSING
CHAPTER 13 CASE

       The Debtor, __Errol Thompson,_____ having filed a petition pursuant to Chapter 13

of the Bankruptcy Code on __May 25, 2022_____ and having requested the dismissal of the

case pursuant to 11 U.S.C.  Section 1307(b) by request dated __July 6, 2022_____, the Court

having found that the case has not been converted under Sections 706, 1112 or 1208 of Title 11,

and upon further consideration and deliberation it is hereby

       **ORDERED**, that this case shall be and is hereby dismissed.



**Dated: Brooklyn, New York**
**July 12, 2022**

_____
      **Jil Mazer-Marino**
  **United States Bankruptcy Judge**